# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIE HYUN LEE<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A. AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No. 1:22-cv-01748<br>ECF Case |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court on the following grounds:

1. Experian is a named Defendant in Index No. 703593/2022 filed by Plaintiff Jie Hyun Lee ("Plaintiff") in the Supreme Court of the City of New York, County of Queens (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of Queens County Supreme Court on February 16, 2022.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading on February 28, 2022 setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. J.P. Morgan Chase Bank, N.A. ("Chase") is a corporation which regularly furnishes information to one or more consumer reporting agencies about its transactions or experiences with consumers, and therefore is a "furnisher of information" within the meaning of 15 U.S.C. § 1681s-2.

8. The claims for relief against Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's claim for relief arising under the New York Fair Credit Reporting Act, N.Y. Gen. Bus. Law § 380, *et saq.* ("NY FCRA"), as this claim arises from the same operative facts and forms part of the same case or controversy.

10. As of the date of this Notice, all named defendants have been served with the Summons and Complaint in the State Court Action and consent to removing the above-captioned action to this Court.

11. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through her attorney of record in the State Court Action, and shall file

a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C.§ 1446(d).

Dated: March 29, 2022

Respectfully submitted,

*/s/ Robert P. Gilbertson*
Robert P. Gilbertson
JONES DAY
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3477
Fax: (212) 755-7306
Email: rgilbertson@jonesday.com

*Counsel for Defendant
Experian Information Solutions, Inc.*